IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CV-401-D

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff, | : |
| | : **ORDER APPROVING** |
| v. | : **SETTLEMENT AGREEMENT** |
| | : |
| RAMSEY PERSONAL PROPERTY, | : |
| SPECIFICALLY, A 2003 GMC YUKON, | : |
| VIN: 1GKFK66UX3J238412; | : |
| AND ANY AND ALL PROCEEDS FROM THE | : |
| SALE OF SAID PROPERTY, | : |
| Defendant. | : |

Upon motion by the United States, and it appearing to the Court that the parties to this action have agreed to a settlement of this action on the terms and conditions set forth in a Settlement Agreement filed with the Court on June 18, 2012, and said terms and conditions being acceptable to this Court, it is

ORDERED that WAJ Management, LLC pay to the United States of America the sum of $3,000 in U. S. currency; and

IT IS ORDERED that the $3,000 in U. S. currency which is to be paid by WAJ Management, LLC is forfeited to the United States of America, and is to be disposed of by the United States Marshal's Service according to law, and further, that the $3,000 in U. S. currency is to be paid in the form of a bank or cashier's check, made payable to "The United States Department of Justice," and sent to the U. S. Attorney's Office, Attn: Stephen

A. West, 310 New Bern Avenue, Federal Building, Suite 800, Raleigh, NC 27601-1461, and

IT IS ORDERED that, upon receipt of the $3,000 by the United States and the entry of this Order, the subject property shall be released from this civil forfeiture action, and that the United States Marshal is directed to release custody of the defendant vehicle to WAJ Management, LLC.

SO ORDERED this **25** day of **June**, 2012.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE

2